BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2766



FILED

OCT 11 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SIMEON SHAWNISE GREGORY,<br>SARAH ELIZABETH TROUT,<br>THERESA HELENA CAMPBELL, and<br>TERRANCE RYCHAN SMALLS<br><br>            Defendants. | CR. NO. 2:12-CR-0364 GEB<br><br>ORDER TO SEAL<br>(UNDER SEAL)<br><br><br>SEALED |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jared C. Dolan to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

DATED: 10-11-2012

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1