

**FILED**

OCT 11 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>       Plaintiff,  )<br>            )<br>    v.      )<br>            )<br>SEALED,      )<br>            )<br>       Defendant.  )<br>_____) | 2:12-CR-0364 GEB<br><br>**SEALED** |

<u>SEALING ORDER</u>

Upon Petition of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the defendant or until further order the Court.

DATED: 10-11-2012

_____
EDMUND F. BRENNAN
United States Magistrate Judge