1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                 )  NO. 2:12-CR-364 GEB
                                  )
    v.                             )  APPLICATION AND ORDER
                                  )  FOR UNSEALING INDICTMENT
SIMEON SHAWNISE GREGORY, et al.,  )
                                  )
        Defendants.                )
_____)

    On October 11, 2012, the Indictment was filed in the above-referenced case.  Since one of the defendants has now been arrested, it is no longer necessary for the Indictment to be sealed.  The government respectfully requests that the Indictment and this case be unsealed.

DATED: October 16, 2012              Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney


                                 By:/s/ Jared C. Dolan
                                     JARED C. DOLAN
                                     Assistant U.S. Attorney

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,           )  NO. 2:12-CR-364-GEB
                                 )
13      v.                       )  [PROPOSED] ORDER
                                 )  FOR UNSEALING INDICTMENT
14  SIMEON SHAWNISE GREGORY, et al.,)
                                 )
15          Defendants.          )
    _____)
16

17       The government's request to unseal the Indictment and this case

18  is GRANTED.

19  SO ORDERED:

20  DATED: October 16, 2012       _____
                                  HON. EDMUND F. BRENNAN
21                                U.S. Magistrate Judge

22

23

24

25

26

27

28
```