DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
SARAH E. TROUT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIMEON SHAWNISE GREGORY<br>SARAH ELIZABETH TROUT<br>THERESA HELENA CAMPBELL<br>TERRANCE RYCHAN SMALLS,<br><br>Defendants. | No. 2:12-CR-00364 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 29, 2012.

2. By this stipulation, the defendants now move to continue the status conference until January 25, 2013, and to exclude time between November 29, 2012, and January 25, 2013, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. The government has represented that the discovery associated with this case include more than one box of pages of investigative reports and related documents. All of this discovery is in the process of being produced directly to counsel and it has been made available for inspection and copying.

b. Counsel for the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 29, 2012, to January 25, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within

which a trial must commence.

IT IS SO STIPULATED.

Dated: November 29, 2012                          BENJAMIN WAGNER
                                                  U.S. ATTORNEY

                                          by:    /s/ David D. Fischer for
                                                  JARED C. DOLAN
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

Dated: November 29, 2012                          /s/ David D. Fischer for
                                                  JEFFREY L. STANIELS
                                                  Attorney for Defendant
                                                  SIMEON SHAWNISE GREGORY

Dated: November 29, 2012                          /s/ David D. Fischer
                                                  DAVID D. FISCHER
                                                  Attorney for Defendant
                                                  SARAH ELIZABETH TROUT

Dated: November 29, 2012                          /s/ David D. Fischer for
                                                  OLAF HEDBERG
                                                  Attorney for Defendant
                                                  THERESA HELENA CAMPBELL

Dated: November 29, 2012                          /s/ David D. Fischer for
                                                  STEVEN B. PLESSER
                                                  Attorney for Defendant
                                                  TERRANCE RYCHAN SMALLS

**O R D E R**

IT IS SO FOUND AND ORDERED.

**Date: 11/29/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge