JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SIMEON GREGORY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-364 GEB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE. |
| SIMEON GREGORY, SARAH ELIZABETH TROUT, THERESA HELENA CAMPBELL, TERRANCE RYCHAN SMALLS | ) | Date: January 25, 2013 |
| Defendants. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Jared Dolan, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant SIMEON GREGORY and acting on behalf of the other named defendants as authorized by their respective counsel, that the above case be vacated from this court's January 24, 2013, calendar, and that it be continued until March 22, 2013, at 9:00 a.m. for status conference.

Government Counsel has provided voluminous discovery, a substantial portion of which consists of Employment Development Department (EDD) internal documents containing codings with which counsel must become familiar, and which involves conduct alleged to have been committed in and around Los Angeles County.  The time requested is intended to permit

1 further review of discovery, consultation with clients, consideration of
2 necessary investigation and motions, and other defense preparation.
3   The court is advised that all defense counsel have authorized Mr.
4 Staniels to sign this stipulation and file it on their behalf.
5   **IT IS FURTHER STIPULATED** that the interests of justice to be served
6 by granting this continuance outweigh the interests of the public and of
7 the defendants in a speedy trial.  Therefore the parties agree that time
8 for trial should be excluded between January 25, 2013 and March 22, 2013,
9 pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.
10   **IT IS SO STIPULATED**.

11

12 Dated: January 22, 2013        /s/ *Jared Dolan*
                                 Jared Dolan
13                               Assistant United States Attorney
                                 Counsel for Plaintiff
14

15
   Dated: January 22, 2013        /s/ Jeffrey L. Staniels
16                                Jeffrey L. Staniels
                                  Assistant Federal Defender
17                                Counsel for Defendant
                                  SIMEON GREGORY
18

19 Dated: January 22, 2013        /S/*David D. Fischer*
                                  David D. Fischer
20                                Attorney for Defendant
                                  SARAH ELIZABETH TROUT
21

22 Dated: January 22, 2013        */S/ Olaf W. Hedberg*
                                  Olaf W. Hedberg
23                                Attorney for Defendant
                                  THERESA HELENA CAMPBELL
24

25 Dated: January 22, 2013        /S/ *Steven B. Plesser*
                                  Steven B. Plesser
26                                Attorney for Defendant
                                  TERRANCE RYCHAN SMALLS
27

28

   Stipulation & Order
   Continuing Case                2

**O R D E R**

The above stipulation is hereby accepted. The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendants in a speedy trial. This matter is ordered to be dropped from this court's criminal calendar on January 24, 2013, and to be re-calendared for March 22, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 23, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation & Order
Continuing Case                             3