HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEFFREY L. STANIELS, Bar #91413
ANGELES ZARAGOSA, Bar #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SIMEON GREGORY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-364 GEB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE. |
| SIMEON GREGORY, SARAH ELIZABETH TROUT, TERRANCE RYCHAN SMALLS | ) | |
| Defendants. | ) | Date:  June 28, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Jared Dolan, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant SIMEON GREGORY and acting on behalf of the other named defendants as authorized by their respective counsel, that the above case be vacated from this court's June 28, 2013, calendar, and that it be continued until August 23, 2013, at 9:00 a.m. for status conference.

Government Counsel has provided voluminous discovery, a substantial portion of which consists of Employment Development Department (EDD) internal documents containing codings with which counsel must become familiar, and which involves conduct alleged to have been committed in

1   and around Los Angeles County.  The time requested is intended to permit
2   further review of discovery, consultation with clients, consideration of
3   necessary investigation and motions, and other defense preparation.  In
4   addition, due to the impending retirement from the Office of the Federal
5   Defender of Mr. Staniels, and reassignment of this case to Assistant
6   Federal Defender Angeles Zaragosa, the requested time is intended to
7   permit Ms. Zaragosa to become familiar with the case and to consult with
8   Ms. Gregory, who is out of custody and who lives in the Los Angeles Area.

9        The court is advised that all counsel have authorized Mr. Staniels
10  to sign this stipulation and file it on their behalf. Ms. Theresa
11  Campbell is not included since she has previously pled guilty and is
12  awaiting sentencing before this court.

13       **IT IS FURTHER STIPULATED** that the interests of justice to be served
14  by granting this continuance outweigh the interests of the public and of
15  the defendants in a speedy trial.  Therefore the parties agree that time
16  for trial should be excluded between June 28, 2013 and August 23, 2013,
17  pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

18       **IT IS SO STIPULATED**.

19

20  Dated: June 19, 2013           /s/ *Jared Dolan*
21                                 Jared Dolan
                                   Assistant United States Attorney
22                                 Counsel for Plaintiff

23
24  Dated:  June 19, 2013          /s/ *Jeffrey L. Staniels*
                                   Jeffrey L. Staniels
                                   Assistant Federal Defender
25                                 Counsel for Defendant
                                   SIMEON GREGORY
26

27  Dated: June 19, 2013           /S/*David D. Fischer*
                                   David D. Fischer
28                                 Attorney for Defendant

        Stipulation & Order
        Continuing Case                2

SARAH ELIZABETH TROUT

Dated:  June 19, 2013          /S/ *Steven B. Plesser*
                               Steven B. Plesser
                               Attorney for Defendant
                               TERRANCE RYCHAN SMALLS


# O R D E R

The above stipulation is hereby accepted.  The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendants in a speedy trial.  This matter is ordered to be dropped from this court's criminal calendar on June 28, 2013, and to be re-calendared for August 23, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  June 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation & Order
Continuing Case                    3