DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St Ste 100
Sacramento, CA 95814
Telephone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
SARAH TROUT

IN THE UNITED STATES OF DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARAH TROUT<br>Defendant. | Case No. 2:12-cr-00364 GEB<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CHANGE THE SURETY<br>FOR THE DEFENDANT'S<br>UNSECURED BOND |

On October 16, 2012, Ms. Trout appeared in the Central District of California on this case. She was released on an unsecured bond in the amount of $50,000 with her aunt Sharon C. Barham-Angulo acting as the surety. Ms. Barham-Angulo's spouse recently died and she no longer wants to act as a surety for this bond. Pretrial Services Officer Renee Basurto has verified that Ms. Trout's boyfriend, Kencal Clayton, is willing to be the surety for this bond and that he is acceptable to Pretrial Services.

It is stipulated and between Assistant United States Attorney Jared Dolan, counsel for plaintiff, and David D. Fischer, counsel for Sarah Trout, that Kencal Clayton be allowed to act as the surety for Ms. Trout's $50,000 unsecured bond. Once Mr.

Clayton signs the bond documents, it is further agreed that Ms. Barham-Angulo may be removed as the surety.

Accordingly, the parties ask the Court to adopt this stipulation and proposed order.

Respectfully submitted,

Dated: September 4, 2013

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
SARAH TROUT

Dated: September 4, 2013

/s/ David D. Fischer for
JARED C. DOLAN
Assistant United States Attorney
Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: 9-6-13

HON. EDMUND F. BRENNAN
Magistrate Judge