Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
Email: stanielslaw@dcn.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SIMEON GREGORY,<br>TERRANCE RYCHAN SMALLS,<br><br>  Defendants. | NO.  2:12-cr-364 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:  October 25, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, counsel for Plaintiff, and Jeffrey L. Staniels, court appointed attorney for Defendant Simeon Gregory and Steven B. Plesser, Attorney for Terrance Smalls, that the above case be vacated from this court's October 25, 2013, calendar, and that it be continued until December 13, 2013, at 9:00 a.m. for status conference.

The court is advised that this additional time will be utilized to permit completion of discussions by counsel with the government and with their respective clients concerning possible non-trial resolution of this case. Counsel are optimistic that such resolution can be reached in the time requested.

The court is requested to find that this continuance is reasonable, that the interests of justice served by granting it outweigh the interests of the defendants and of the public in a speedy trial, and that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Date: October 24, 2013        /s/ Jared Dolan
                              Jared Dolan
                              Assistant U.S. Attorney
                              Counsel for Plaintiff

Date: October 24, 2013        s/ Jeffrey L. Staniels
                              Jeffrey L. Staniels
                              Counsel for Defendant
                              Michael A. Hernandez

Dated: October 24, 2013       /S/ Steven B. Plesser
                              Steven B. Plesser
                              Attorney for Defendant
                              TERRANCE RYCHAN SMALLS

# O R D E R

The Court finds that the interests of justice served by granting the attached request for a continuance outweigh the interest of the defendants and the public in a speedy trial. The request for a continuance is therefore granted. Time for trial under the Speedy Trial Act is hereby excluded between October 25, 2013, and December 13, 2013 pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**It is so ordered.**

By the Court,

Dated: October 25, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge