Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
Email: jeffreystaniels@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  2:12-cr-364  GEB |
| Plaintiff, | **MOTION FOR ORDER THAN U.S MARSHAL PROVIDE FOR NONCUSTODIAL TRAVEL OF DEFENDANT PURSUANT TO TITLE 18, UNITED STATES CODE SECTIONS 4285 AND 4282** |
| v. | |
| SIMEON SHAWNISE GREGORY | |
| Defendant. | **Date: January 24, 2014**<br>**Time:  9:00 a.m.**<br>**Judge:  Hon. Garland A. Burrell, Jr.** |

Defendant SIMEON SHAWNISE GREGORY, by and through her court appointed attorney Jeffrey Staniels, hereby moves, pursuant to 18 U.S.C. §§ 4285 & 4282, for an order directing the U.S. Marshal to provide for the noncustodial travel of Ms. Gregory to Sacramento on January 8, 2014, in order to appear as a witness at an evidentiary hearing in the above case before the Hon. Garland E. Burrell, Jr. on January 9, 2014,[1] and for

---

[1] This date is subject to confirmation with the court.  Defense counsel is also seeking to advance a status conference regarding Ms. Gregory's own

such further proceedings in connection with the same case as may be scheduled.

The court is advised that Ms. Gregory has been subpoenaed to appear as a witness at the evidentiary hearing.  Government counsel expected to arrange for transportation in connection with that subpoena but has advised that regulations governing government-provided transportation do not permit the government to pay for Ms. Gregory's travel to and from this hearing.  The court is further advised that the attorneys have reached a plea agreement and hope to schedule the case for change of plea and a probation office interview during the time Ms. Gregory is in Sacramento next week.  The court is further advised that government counsel suggested that I make this request; on that basis it is submitted that this motion is unopposed by the government.

                                              Respectfully submitted,

DATE: December 30, 2013           s/ *Jeffrey L. Staniels*
                                             Jeffrey L. Staniels
                                             Attorney for Defendant
                                             SIMEON SHAWNISE GREGORY

---

part of the captioned case from January 24, 2014, to January 9, 2014, or to a date as near thereto as the district court may set.  Travel back to Los Angeles is anticipated to be on the afternoon of the day when proceedings are completed.

# O R D E R

The attached request for an order to provide transportation is **GRANTED**.  The U.S. Marshal is directed to arrange for Ms. Gregory to fly from the Los Angeles area to Sacramento on January 8, 2014, and return to the Los Angeles area on January 9, 2014, or on such date as proceedings in the captioned case are completed.

Defense counsel is directed to confer with the U.S. Marshal with respect to the dates of travel.

**IT IS SO ORDERED.**

Dated:  December 30, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Gregory12cr0364.transportation