Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
Email: jeffreystaniels@gmail.com

FILED

JAN 0 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SIMEON SHAWNISE GREGORY,<br><br>Defendant. | Case No. 2:12-CR-364 GEB<br><br>**AMENDED** MOTION FOR ORDER THAT U.S. MARSHAL SHALL PROVIDE FOR NONCUSTODIAL TRAVEL OF DEFENDANT; [PROPOSED] ORDER<br><br>Date:   January 24, 2014<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |
|---|---|

Defendant SIMEON SHAWNISE GREGORY, by and through her court appointed attorney Jeffrey Staniels, hereby moves, pursuant to 18 U.S.C. §§ 4285 & 4282, for an order directing the U.S. Marshal to provide for the round trip noncustodial travel of Ms. Gregory between Sacramento and Los Angeles in order to appear at a status conference and change of plea proceeding before the Hon. Garland E. Burrell, Jr. on January 9, 2014 or January 10, 2014 as the Court may set.[1] Travel to Sacramento should be on January 8, 2014.

---

[1] The specific setting for change of plea is subject to confirmation by the Court.

The Court is advised that its previous order, CR 106, has caused logistical difficulties because of ambiguity in its language. The purpose of travel is for Ms. Gregory to enter a change of plea on January 9 or January 10, 2014 as the district court may direct.

Dated: January 3, 2014

Respectfully submitted,

*/s/ Jeffrey L. Staniels*
Jeffrey L. Staniels
Attorney for Defendant
SIMEON SHAWNISE GREGORY

## ORDER

The attached request for an order to provide transportation is **GRANTED**. The U.S. Marshal is directed to arrange for Ms. Gregory to fly from the Los Angeles area to Sacramento on January 8, 2014, and return to the Los Angeles area on January 9, 2014, or on such date as proceedings in the captioned case are completed.

Defense counsel is directed to confer with the U.S. Marshal with respect to the dates of travel.

IT IS SO ORDERED.

Dated: January __3__, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2