Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
Email: jeffreystaniels@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>SIMEON SHAWNISE GREGORY<br><br>　　Defendant. | NO. 2:12-cr-364 GEB<br><br>**SECOND AMENDED MOTION FOR ORDER THAN U.S MARSHAL PROVIDE FOR NONCUSTODIAL TRAVEL OF DEFENDANT PURSUANT TO TITLE 18, UNITED STATES CODE SECTIONS 4285 AND 4282**<br><br>Date: January 9, 2014<br>Time: 9:00 a.m.<br>Judge: Hon. Garland A. Burrell, Jr. |

　　Defendant SIMEON SHAWNISE GREGORY, by and through her court appointed attorney, Jeffrey Staniels, hereby moves, pursuant to 18 U.S.C. §§ 4285 & 4282, for a modification of the order, CR 106, directing the U.S. Marshal to provide for the noncustodial travel of Ms. Gregory to Sacramento on January 8, 2014, and back to the "Los Angeles area" when proceedings have been completed.

　　Consistent with counsel's wording in that order the U.S. Marshals arranged the cheapest available flight to Sacramento, namely from LAX to Sacramento.  Arrangements have no yet been made for a return flight.

The present order is problematic because Ms. Gregory lives approximately 80 miles from LAX, but only 30 miles from the airport in Ontario, California, and no provision has been made for ground transportation between Ms. Gregory's home and the airport to or from which she flies.

Therefore it is requested that the court order the marshals to arrange for a return flight from Sacramento to the Ontario International Airport.

Respectfully submitted,

DATE: January 8, 2014                s/ *Jeffrey L. Staniels*
                                     Jeffrey L. Staniels
                                     Attorney for Defendant
                                     SIMEON SHAWNISE GREGORY

# O R D E R

The attached request for an order modifying provisions for transportation for Simeon Gregory from Sacramento is **GRANTED**.  The U.S. Marshal is directed to arrange for Ms. Gregory to fly from Sacramento on January 9, 2014, or on such date as proceedings in the captioned case are completed with a destination of Ontario International Airport in Ontario California.

Defense counsel is directed to confer with the U.S. Marshal with respect to the specific details of such travel.

**IT IS SO ORDERED.**

Dated:  January 8, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Da1.crim
Gregory0364.ord.re.transportattion.2ndamd