Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
Email: stanielslaw@dcn.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SIMEON GREGORY,<br><br>  Defendant. | NO.  2:12-cr-364 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND MODIFYING SCHEDULE FOR DISCLOSURE AND OBJECTIONS TO PRESENTENCE REPORT**<br><br>**Date:   March 21, 2014**<br>**Time:   9:00 a.m.**<br>**Judge:  Hon. Garland E. Burrell** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, counsel for Plaintiff, and Jeffrey L. Staniels, court appointed attorney for Defendant Simeon Gregory, that the above case be vacated from this court's March 21, 2014, calendar, and that it be continued until May 23, 2014, at 9:00 a.m. for judgment and sentencing.

The court is advised that this additional time is needed to permit completion and review of the Presentence Report, followed by submissions of any objections thereto and any sentencing memoranda.  The following schedule for disclosure and any objections to the Presentence Report is agreed to:

    Sentencing Date                              May 23, 2014

| | |
|---|---|
| Reply or Statement of No Opposition | May 16, 2014 |
| Motion for Correction of PSR, if any | May 9, 2014 |
| Final PSR to be Filed not later than | May 2, 2014 |
| Informal Objections, if any | April 25, 2014 |
| Proposed Pre-Sentence Report | April 18, 2014 |

**IT IS SO STIPULATED.**

Date: March 19, 2014          */s/ Jared Dolan*
                              Jared Dolan
                              Assistant U.S. Attorney
                              Counsel for Plaintiff

Date: March 19, 2014          s/ *Jeffrey L. Staniels*
                              Jeffrey L. Staniels
                              Counsel for Defendant
                              Simeon Gregory

# O R D E R

The Requested Continuance is GRANTED.  The Proposed Schedule for Disclosure of the Presentence Report and Filing of any objections is approved as stipulated above.

**It is so ordered.**

Dated:  March 19, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge