BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>SIMEON GREGORY and<br>TERRANCE SMALLS,<br><br>                              Defendant. | CASE NO.  2:12-CR-364 GEB<br><br>STIPULATION REGARDING CONTINUING<br>DATE FOR JUDGMENT; [PROPOSED] ORDER<br><br>DATE: August 8, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for judgment on August 8, 2014.

2.      By this stipulation, the parties now move to continue the case until August 22, 2014 for status of judgment and sentencing.

3.      The draft pre-sentence report is to be filed no later than August 15, 2014.  After the draft report is filed, the parties will meet and confer regarding dates for informal and formal objections, and final judgment.

1    IT IS SO STIPULATED.

2

3

4    Dated:  August 5, 2014                    BENJAMIN B. WAGNER
                                              United States Attorney
5

6                                             /s/ JARED C. DOLAN
                                              JARED C. DOLAN
7                                             Assistant United States Attorney

8

9    Dated:  August 5, 2014                    /s/ Jeff Staniels
                                              JEFF STANIELS
10                                            Counsel for Defendant
                                              SIMEON GREGORY
11

12

13   Dated:  August 5, 2014                    /s/ Steve Plesser
                                              STEVE PLESSER
14                                            Counsel for Defendant
                                              TERRANCE SMALLS
15

16

17

18                          **[PROPOSED] FINDINGS AND ORDER**

19        IT IS SO ORDERED.

20   Dated:  August 6, 2014

21

22                          _____
23                          GARLAND E. BURRELL, JR.
                            Senior United States District Judge
24

25

26

27

28