1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                        IN THE UNITED STATES DISTRICT COURT
9
                           EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:12-CR-364 GEB

12 |                        Plaintiff, | STIPULATION CONTINUING DATE FOR
                                       | JUDGMENT AND SENTENCING, [PROPOSED]
13 |             v.                    | ORDER

14 | SIMEON GREGORY,                   | DATE: August 22, 2014
   | TERRANCE SMALLS,                  | TIME: 9:00 a.m.
15 |                                   | COURT: Hon. Garland E. Burrell, Jr.
   |                        Defendants.|
16

17
                                    **STIPULATION**
18
       1.      By previous order, this matter was set for status of judgment and sentencing on August
19
   22, 2014, as to both Gregory and Smalls.
20
       2.      By this stipulation, defendants now move to continue judgment and sentencing until
21
   October 3, 2014.
22
       3.      The parties agree that the final pre-sentence report as to defendant Smalls shall be filed
23
   no later than August 25, 2014.
24
       4.      The parties agree that informal objections to the draft pre-sentence reports are due no
25
   later than September 5, 2014; that the final pre-sentence reports be filed no later than September 12,
26
   2014, that any formal objections to the pre-sentence reports be filed no later than September 19, 2014,
27
   and that any reply to formal objections be filed no later than September 26, 2014.
28

   STIPULATION RE: CONTINUANCE OF JUDGMENT AND                1
   SENTENCING; [PROPOSED] ORDER

1    IT IS SO STIPULATED.

Dated:  August 20, 2014                    BENJAMIN B. WAGNER
                                           United States Attorney


                                           /s/ JARED C. DOLAN
                                           JARED C. DOLAN
                                           Assistant United States Attorney



Dated:  August 20, 2014                    /s/ Jeff Staniels
                                           JEFF STANIELS
                                           Counsel for Defendant
                                           SIMEON GREGORY


Dated:  August 20, 2014                    /s/ Steve Plesser
                                           STEVE PLESSER
                                           Counsel for Defendant
                                           TERRANCE SMALLS


## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  August 20, 2014


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION RE: CONTINUANCE OF JUDGMENT AND SENTENCING; [PROPOSED] ORDER

2